■ PRINCETON HOLDING CORP. et al., Appellants, v LILLIAN KAPELOW et al., Respondents. [708 NYS2d 889] —Appeal by the

plaintiffs from an order of the Supreme Court, Kings County (G. Aronin, J.), dated July 8, 1999.

Ordered that the order is affirmed, with costs, for reasons stated by Justice G. Aronin at the Supreme Court in a memorandum decision dated January 5, 1999. Ritter, J. P., Sullivan, Altman and Feuerstein, JJ., concur.